**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **S.C. JOHNSON & SON and** | **NO.  25-6120** |
| **BIMBO BAKERIES USA,** | |
| **Defendants.** | |

**O R D E R**

**AND NOW**, this 30th day of April, 2026, upon consideration of the City of Philadelphia's Motion to Remand (ECF No. 28), and the opposition, reply, and notice of supplemental authority thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County for further proceedings.

3. The Clerk of Court shall mark this matter as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**